(103 So. 901)

**Ex parte Benjamin EASTERLING.**
(5 Div. 913.)

(Supreme Court of Alabama. March 26, 1925. Rehearing Denied April 23, 1925.)

Certiorari to Court of Appeals.

Omar L. Reynolds, of Clanton, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Benjamin Easterling for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Easterling v. State, 103 So. 901.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.